THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* PHILIP SHLANSKY, Appellant.

(Argued February 18, 1931; decided March 24, 1931.)

*Harry G. Anderson, Alex B. Mutterperl* and *Frank G. Colgan* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* and *Thomas J. Sefton* of counsel), for respondent.

Judgment of the Appellate Division and that of the Court of Special Sessions reversed and information dismissed on the ground that there is no evidence that the defendant had knowledge of any damage within the meaning of the statute; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.